

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00147-CV

Clyde E. **KEBODEAUX**,
Appellant

v.

Patricia **KEBODEAUX**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00629
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the Final Decree of Divorce is REVERSED insofar as it (1) determined "Clyde E. Kebodeaux is obligated to provide support for D.K. . . . through D.K.'s graduation from high school, June of 2016" and determined "guideline child support for this period of time is eighty-one thousand three hundred and seventy dollars ($81,370.00)," and (2) divided the parties' marital estate. The cause is REMANDED to the trial court for further proceedings consistent with this opinion. The Final Decree of Divorce is AFFIRMED in all other respects.

Costs of appeal are assessed against the party that incurred them.

SIGNED August 18, 2021.

_____
Lori I. Valenzuela, Justice